Circuit Court of Appeals for the Second Circuit granted. *Mr. Benjamin S. Kirsh* and *Miss Susan Brandeis* for petitioner. *The Attorney General* for the United States.

---

No. 844. PACIFIC AMERICAN FISHERIES *v.* TERRITORY OF ALASKA. March 9, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. E. S. McCord, Mr. Warren Gregory* and *Mr. R. E. Robertson* for petitioner. *Mr. John Rustgard* for respondent.

---

No. 864. OSCAR THORNTON ET AL. *v.* UNITED STATES. March 9, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. E. K. Wilcox* and *Mr. John W. Bennett* for petitioners. *The Attorney General* for the United States.

---

No. 872. PANAMA RAILROAD COMPANY *v.* AGAPITO VASQUEZ, AS ADMINISTRATOR, ETC. March 9, 1925. Petition for a writ of certiorari to the Supreme Court of the State of New York granted. *Mr. Richard Reid Rogers* for petitioner. *Mr. Frederick R. Grover, Mr. Cletus Keating* and *Mr. Vernon S. Jones* for respondent.

---

No. 876. ST. LOUIS-SAN FRANCISCO RAILWAY COMPANY *v.* ODELL MILLS, AS ADMINISTRATRIX OF THE ESTATE OF IRA S. MILLS, DECEASED. March 9, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Forney Johnston* for petitioner. No appearance for respondent.

---

No. 891. CHICAGO, MILWAUKEE & ST. PAUL RAILWAY COMPANY *v.* EDITH F. COOGAN, SPECIAL ADMINISTRATRIX,